IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| FREDRICK B. MOTLEY, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:18cv880-MHT |
| | ) | (WO) |
| WARDEN III-RICHER, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining that, due to the lack of functioning smoke alarms and sprinklers in Bullock Correctional Facility's restrictive housing unit, he suffered smoke inhalation and other injury during a recent fire there, and that he has been denied appropriate medical treatment for his injuries. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's claims against two defendants--the Alabama Department of Corrections and Bullock Correctional Facility--be dismissed. There are no objections to the

recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 29th day of November, 2018.

                                       /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**